**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| KENNETH GAILLARD, | : | |
| Petitioner, | : | |
| v. | : | |
| | | CIVIL ACTION 05-0076-BH-C |
| GWEN MOSLEY, | : | |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE** this 6th day of April, 2006.

                                                             s/ W. B. Hand
                                         SENIOR DISTRICT JUDGE