# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH GAILLARD, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION 05-0076-BH-C |
| GWEN MOSLEY, | : | |
| Respondent. | : | |

## **JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**.

**DONE** this 6th day of April, 2006.

                                                    s/ W. B. Hand
                                            SENIOR DISTRICT JUDGE